# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| In re:<br><br>YELLOWSTONE MOUNTAIN CLUB, LLC, *et al*,<br><br>        Debtors.<br><br>———<br><br>BRIAN A. GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>        Plaintiff,<br><br>vs.<br><br>DESERT RANCH LLLP, a Nevada limited liability limited partnership; DESERT RANCH MANAGEMENT LLC, a Nevada limited liability company; TIMOTHY BLIXSETH, an individual; BEAU BLIXSETH, an individual; THORNTON BYRON LLP, an Idaho limited liability partnership; GEORGE MACK, an individual; JOHN DOES 1-100; and XYZ CORPS. 1-100,<br><br>        Defendants. | CV 15-40-BU-SEH<br><br>Bankruptcy No. 08-61570-11<br><br>Adversary No. 10-00015<br><br>**ORDER** |

On April 29, 2016, this case was stayed pending resolution of Chapter 7 proceedings in bankruptcy on behalf of Desert Ranch LLLP.[1]

On June 9, 2016, the Court received notice of filing of Chapter 7 proceedings in bankruptcy by Desert Ranch Management LLC.[2]

After the stay order of April 29, 2016, was entered, Plaintiff Brian A. Glasser, as Trustee of the Yellowstone Club Liquidating Trust (the "Trust") filed:

1. Motion for an Order Severing and Directing Trial of Claims Against Thornton Byron LLP in Count II of the Complaint;[3] and

2. Plaintiff's Motion for an Order Severing Claims Against Defendants Desert Ranch LLLP and Desert Ranch Management, LLC.[4]

The motions remain pending.

Proceedings in bankruptcy by Desert Ranch LLLP and by Desert Ranch Management LLC remain pending.[5]

ORDERED:

The (1) Motion for an Order Severing and Directing Trial of Claims Against

---

[1] Doc. 48.

[2] Doc. 95.

[3] Doc. 88.

[4] Doc. 97.

[5] *See In re Desert Ranch LLLP*, 6:16-bk-13798-SC (Bankr. C.D. Cal. 2016) and *In re Desert Ranch Management, LLC*, 6:16-bk-15177-MH (Bankr. C.D. Cal. 2016).

Thornton Byron LLP in Count II of the Complaint;[6] and (2) Plaintiff's Motion for an Order Severing Claims Against Defendants Desert Ranch LLLP and Desert Ranch Management, LLC,[7] are DENIED without prejudice to renewal, if appropriate, following lifting of the automatic stay in the pending Desert Ranch LLLP and Desert Ranch Management LLC bankruptcy proceedings.

DATED this 8th day of February, 2017.

SAM E. HADDON
United States District Judge

---

[6] Doc. 88.

[7] Doc. 97.