IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED
JUL 10 2017
Clerk, U.S. District Court
District Of Montana
Helena

In re:

YELLOWSTONE MOUNTAIN
CLUB, LLC, *et al*,

    Debtors.

___

BRIAN A. GLASSER, AS TRUSTEE
OF THE YELLOWSTONE CLUB
LIQUIDATING TRUST,

    Plaintiff,

vs.

DESERT RANCH LLLP, a Nevada
limited liability limited partnership;
DESERT RANCH MANAGEMENT
LLC, a Nevada limited liability
company; TIMOTHY BLIXSETH, an
individual; BEAU BLIXSETH, an
individual; THORNTON BYRON
LLP, an Idaho limited liability
partnership; GEORGE MACK, an
individual; JOHN DOES 1-100; and
XYZ CORPS. 1-100,

    Defendants.

CV 15-40-BU-SEH

Bankruptcy No. 08-61570-11

Adversary No. 10-00015

**ORDER**

On June 28, 2017, the Court conducted a hearing on its previously issued Order to Show Cause as to why Jon R. Binney, Esq. should not be held in

contempt for failure to appear at the June 22, 2017, status conference as ordered.[1]

Upon consideration of the Response of Jon R. Binney to Order to Show Cause[2] and the record made in open court,

ORDERED:

The Order to Show Cause is DISCHARGED.

DATED this 10th day of July, 2017.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[1] Doc. 114.

[2] Doc. 120.