# FILED

SEP 2 9 2017

Clerk, U.S. District Court
District Of Montana
Helena

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

|  |  |
|---|---|
| In re:<br><br>YELLOWSTONE MOUNTAIN CLUB, LLC, *et al,*<br><br>Debtors.<br><br>─────────────────────<br><br>BRIAN A. GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>        Plaintiff,<br><br>vs.<br><br>DESERT RANCH LLLP, a Nevada limited liability limited partnership; DESERT RANCH MANAGEMENT LLC, a Nevada limited liability company; TIMOTHY BLIXSETH, an individual; BEAU BLIXSETH, an individual; THORNTON BYRON LLP, an Idaho limited liability partnership; GEORGE MACK, an individual; JOHN DOES 1-100; and XYZ CORPS. 1-100,<br><br>        Defendants. | CV 15-40-BU-SEH<br><br>Bankruptcy No. 08-61570-11<br><br>Adversary No. 10-00015<br><br>**ORDER** |

On September 28, 2017, the Court issued its Order[1] setting a hearing on issues relevant to entry of the Stipulated Judgment for 10:00 a.m. on October 13, 2017. This hearing is expected to proceed as scheduled.

Upon completion of the entry of stipulated judgment hearing, the Court will take up and address issues relevant to the form and content of the current proposed Final Pretrial Order as to Count I of the Complaint Pursuant to Local Rule 16.4 (revised)[2] in this case (CV 15-40-BU-SEH), including but not limited to: 1) sufficiency of the form and content of the revised Proposed Final Pretrial Order submitted August 25, 2017; 2) witnesses to be called to testify at the trial of Count I in this case; 3) exhibits to be offered for introduction at trial of Count I; 4) method and manner of presentation of evidence to be offered at the trial of Count; and 5) such other and further matters and issues related to the trial of Count I as may appropriately come before the Court.

Helen R. Frazer, Chapter 7 Trustee, and her counsel of record, are invited to attend and participate at the October 13, 2017, hearing.

The clerk is directed to serve a copy of this Order on counsel for Chapter 7 Trustee, Helen R. Frazer, Laurel R. Zaeske, Esp., 2211 Michelson Drive, Seventh

---

[1] Doc. No. 140.

[2] Doc. No. 134-1.

Floor, Irvine, CA 92612.

DATED this **29**th day of September, 2017.

SAM E. HADDON
United States District Judge