
FILED

OCT 13 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| In re:<br><br>YELLOWSTONE MOUNTAIN CLUB, LLC, *et al*,<br><br>Debtors.<br><br>———<br><br>BRIAN A. GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>DESERT RANCH LLLP, a Nevada limited liability limited partnership; DESERT RANCH MANAGEMENT LLC, a Nevada limited liability company; TIMOTHY BLIXSETH, an individual; BEAU BLIXSETH, an individual; THORNTON BYRON LLP, an Idaho limited liability partnership; GEORGE MACK, an individual; JOHN DOES 1-100; and XYZ CORPS. 1-100,<br><br>Defendants. | CV 15-40-BU-SEH<br><br>Bankruptcy No. 08-61570-11<br><br>Adversary No. 10-00015<br><br>**ORDER AND JUDGMENT** |

It appearing to the Court that the Plaintiff Brian A. Glasser ("Glasser"), Successor Trustee of the Yellowstone Club Liquidation Trust, and Helen R. Frazer, Chapter 7 Trustee for Desert Ranch LLLP, have stipulated to entry of judgment against Defendant Desert Ranch LLLP as to Count I of the Complaint.[1]

ORDERED AND ADJUDGED

Plaintiff Glasser, as Trustee of the Yellowstone Club Liquidating Trust, is awarded judgment against Defendant Desert Ranch LLLP only as to Count I of the Complaint in the principal amount of $174,414,342.00 USD. Prejudgment interest on the claim is waived. Post-judgment interest will accrue at the rate specified in 28 U.S.C. § 1961 from and after the date of entry of judgment.

The judgment entered is limited to judgment against Desert Ranch LLLP only in the amount of $174,414,342.00 USD without prejudgment interest. Such judgment shall not for any purpose be deemed to be or considered as a final judgment subject to appellate review or from which post judgment relief may be sought unless and until final judgment has been entered on all claims pending against Defendants Desert Ranch Management LLC, Timothy Blixseth, Beau

---

[1] Doc. 2.

Blixseth and Thornton Byron LLP.

DATED this 13th day of October, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge