Charles W. Hingle (Bar No. 1947)
Shane P. Coleman (Bar No. 3417)
HOLLAND & HART LLP
401 North 31st Street, Suite 1500
P.O. Box 639
Billings, Montana  59103-0639
Telephone:  (406) 252-2166
Facsimile:  (406) 252-1669
chingle@hollandhart.com
spcoleman@hollandhart.com

Kevin W. Barrett (*pro hac vice*)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone:  (304) 345-6555
Facsimile:  (304) 342-1110
kbarrett@baileyglasser.com

ATTORNEYS FOR BRIAN A. GLASSER, AS TRUSTEE
OF THE YELLOWSTONE CLUB LIQUIDATING TRUST

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>YELLOWSTONE MOUNTAIN CLUB, LLC, *et al.*,<br><br>　　　　Debtors. | Case No. CV 15-40-BU-SEH |
| BRIAN A. GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DESERT RANCH LLLP, DESERT RANCH  MANAGEMENT LLC, TIMOTHY BLIXSETH, BEAU BLIXSETH, THORNTON BYRON LLP, GEORGE MACK, JOHN DOES 1-100, and XYZ CORPS. 1-100,<br><br>　　　　Defendants. | Case No. 08-61570-11<br>Jointly Administered with Case Nos. 08-61571, 08-61572, and 08-61573<br><br>Adversary No. 10-00015<br><br>**AMENDED MOTION FOR ENTRY OF A STIPULATED ORDER MODIFYING PRELIMINARY INJUNCTION** |

Brian A. Glasser, as the Trustee of the Yellowstone Club Liquidating Trust (the "Trust"), hereby moves this Court for entry of a stipulated order modifying the preliminary injunction entered in this case to permit Defendant Timothy L. Blixseth to consummate a single specified transaction. A supplemental memorandum in support of this motion has also been filed.

Pursuant to Local Rule 7.1(c), counsel for the Trust presented the information contained in this motion to counsel for each of the Defendants on January 12, 2018, and asked whether they would oppose the relief sought herein. Counsel for Timothy L. Blixseth, Beau Blixseth, Desert Ranch LLLP and Desert Ranch Management LLC consent to the relief requested herein. Counsel for Thornton Byron, LLP indicated they needed to review the pleadings and the Settlement Agreement before they would respond.

DATED this 12th day of January 2018.

/s/ Charles W. Hingle
Charles W. Hingle
Shane P. Coleman
HOLLAND & HART LLP
401 North 31st Street, Suite 1500
P.O. Box 639
Billings, Montana 59103-0639
(406) 252-2166 (telephone)
(406) 252-1669 (facsimile)
chingle@hollandhart.com
spcoleman@hollandhart.com

Kevin W. Barrett (admitted *pro hac vice*)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
kbarrett@baileyglasser.com

ATTORNEYS FOR BRIAN A. GLASSER, TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST