# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| In re:<br><br>YELLOWSTONE MOUNTAIN CLUB, LLC, *et al*,<br><br>Debtors. | CV 15-40-BU-SEH<br><br>Bankruptcy No. 08-61570-11<br><br>Adversary No. 10-00015 |
| BRIAN A. GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>DESERT RANCH LLLP, a Nevada limited liability limited partnership; DESERT RANCH MANAGEMENT LLC, a Nevada limited liability company; TIMOTHY BLIXSETH, an individual; BEAU BLIXSETH, an individual; THORNTON BYRON LLP, an Idaho limited liability partnership; GEORGE MACK, an individual; JOHN DOES 1-100; and XYZ CORPS. 1-100,<br><br>Defendants. | **ORDER LIFTING PRELIMINARY INJUNCTION** |

FILED
MAR 0 5 2018
Clerk, U.S. District Court
District Of Montana
Helena

Upon review and for good cause showing,

ORDERED:

Plaintiff Brian A. Glasser, as the Trustee of the Yellowstone Club Liquidating Trust's Unopposed Motion for Entry of an Order Lifting Preliminary Injunction[1] entered December 13, 2013, as modified, is GRANTED.

DATED this 5th day of March, 2018.

SAM E. HADDON
United States District Judge

---

[1] Doc. 159.