IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED

MAR 0 8 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| In re:<br><br>YELLOWSTONE MOUNTAIN CLUB, LLC, *et al*,<br><br>Debtors. | CV 15-40-BU-SEH<br><br>Bankruptcy No. 08-61570-11<br><br>Adversary No. 10-00015 |
| BRIAN A. GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>DESERT RANCH LLLP, a Nevada limited liability limited partnership; DESERT RANCH MANAGEMENT LLC, a Nevada limited liability company; TIMOTHY BLIXSETH, an individual; BEAU BLIXSETH, an individual; THORNTON BYRON LLP, an Idaho limited liability partnership; GEORGE MACK, an individual; JOHN DOES 1-100; and XYZ CORPS. 1-100,<br><br>Defendants. | **ORDER STAYING THIS ACTION AS AGAINST DESERT RANCH MANAGEMENT, LLC** |

The Plaintiff having filed an unopposed Motion For Entry Of An Order Staying This Action As Against Defendant Desert Ranch Management, LLC [Doc 164], and for good cause showing,

IT IS HEREBY ORDERED that this action is stayed as against Desert Ranch Management, LLC.

DATED this 8th day of March, 2018.

SAM E. HADDON
United States District Judge