IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
JUN 2 6 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| In re: <br><br>YELLOWSTONE MOUNTAIN CLUB, LLC, *et al*, <br><br>Debtors. | CV 15-40-BU-SEH <br><br>Bankruptcy No. 08-61570-11 <br><br>Adversary No. 10-00015 |
| BRIAN A. GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST, <br><br>Plaintiff, <br><br>vs. <br><br>DESERT RANCH LLLP, a Nevada limited liability limited partnership; DESERT RANCH MANAGEMENT LLC, a Nevada limited liability company; TIMOTHY BLIXSETH, an individual; BEAU BLIXSETH, an individual; THORNTON BYRON LLP, an Idaho limited liability partnership; GEORGE MACK, an individual; JOHN DOES 1-100; and XYZ CORPS. 1-100, <br><br>Defendants. | **ORDER** |

On June 26, 2018, the Court held a telephone scheduling conference call with counsel.

ORDERED:

1. The Trust shall have on or before 4:45 p.m. on July 13, 2018, in which to file a brief directed to whether trial of the remaining issues on Count II of the Complaint should be to the Court or to a jury.

2. Thornton Byron, LLP shall have on or before 4:45 p.m. on July 20, 2018, to file a response brief.

DATED this 26th day of June, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge