IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

**FILED**

JUL 1 8 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| In re:<br><br>YELLOWSTONE MOUNTAIN CLUB, LLC, *et al,*<br><br>Debtors.<br><br>BRIAN A. GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>DESERT RANCH LLLP, a Nevada limited liability limited partnership; DESERT RANCH MANAGEMENT LLC, a Nevada limited liability company; TIMOTHY BLIXSETH, an individual; BEAU BLIXSETH, an individual; THORNTON BYRON LLP, an Idaho limited liability partnership; GEORGE MACK, an individual; JOHN DOES 1-100; and XYZ CORPS. 1-100,<br><br>Defendants. | CV 15-40-BU-SEH<br><br>Bankruptcy No. 08-61570-11<br><br>Adversary No. 10-00015<br><br>**ORDER** |

On July 16, 2018, the Court conducted a telephone call with counsel for Plaintiff and Defendant Thornton Byron.

ORDERED:

This matter is referred to the Honorable John T. Johnston, United States Magistrate Judge, for the limited purpose of conducting a settlement conference. Arrangements and scheduling of the conference will be set by order of Magistrate Judge Johnston.

The Clerk of Court shall forthwith notify the parties and Magistrate Judge Johnston of the making of this Order.

DATED this 18th day of July, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge