# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| In re:<br><br>YELLOWSTONE MOUNTAIN CLUB, LLC, *et al*,<br><br>                              Debtors. | No. 2:15-CV-00040-BU-SEH<br><br>Bankruptcy Case No. 08-61570-11<br><br>Bankruptcy Case Adv. No. 10-00015 |
| BRIAN A. GLASSER, AS TRUSTEE OF THE YELLOWSTONE LIQUIDATING TRUST,<br><br>                              Plaintiff,<br><br>vs.<br><br>DESERT RANCH LLLP, a Nevada limited liability partnership; DESERT RANCH MANAGEMENT, LLC, a Nevada limited liability company; TIMOTHY BLIXSETH, an individual; BEAU BLIXSETH, an individual; THORNTON BYRON, LLP, an Idaho limited liability partnership; GEORGE MACK, an individual; JOHN DOES 1-100; and XYZ CORPS. 1-100,<br><br>                              Defendants. | **ORDER** |

Upon motion of Defendants Desert Ranch LLLP, Desert Ranch Management, LLC, and with good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants Desert Ranch LLLP, Desert Ranch Management LLC, and their counsel are excused from appearing at the settlement conference in this matter, on **Monday, September 10, 2018 at 10:00 a.m. at the Mike Mansfield Federal Courthouse, Butte, Montana. 2018.**

DATED this 5th day of September, 2018.

_____
John Johnston
United States Magistrate Judge