IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| In re:<br><br>YELLOWSTONE MOUNTAIN CLUB, LLC, *et al*,<br><br>Debtors.<br><br>BRIAN A. GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>DESERT RANCH LLLP, a Nevada limited liability limited partnership; DESERT RANCH MANAGEMENT LLC, a Nevada limited liability company; TIMOTHY BLIXSETH, an individual; BEAU BLIXSETH, an individual; THORNTON BYRON LLP, an Idaho limited liability partnership; GEORGE MACK, an individual; JOHN DOES 1-100; and XYZ CORPS. 1-100,<br><br>Defendants. | CV 15-40-BU-SEH<br><br>Bankruptcy No. 08-61570-11<br><br>Adversary No. 10-00015<br><br>**ORDER** |

The parties having filed a Stipulation for Dismissal WIthout Prejudice, of

Defendant Desert Ranch Management, LLC,[1]

---

[1] Doc. 187.

ORDERED:

Plaintiff's claims against Defendant Desert Ranch Management, LLC are DISMISSED WITHOUT PREJUDICE, each party to bear their own costs, including attorneys' fees.

DATED this 1st day of April, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge