UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| In re:<br>YELLOWSTONE MOUNTAIN CLUB, LLC, *et al.*,<br><br>             Debtors.<br><br><br>BRIAN A. GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>             Plaintiff,<br><br>  vs.<br><br>DESERT RANCH LLLP, DESERT RANCH MANAGEMENT LLC, TIMOTHY BLIXSETH, BEAU BLIXSETH, THORNTON BYRON LLP, GEORGE MACK, JOHN DOES 1-100, AND XYZ CORPS. 1-100,<br><br>             Defendant. | Case No. CV-15-040-BU-SEH<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 188), this matter is DISMISSED WITHOUT PREJUDICE, each party to bear their own costs, including attorneys' fees.

Dated this 1st day of April 2020.

TYLER P. GILMAN, CLERK

By: /s/ Heidi Gauthier
Heidi Gauthier, Deputy Clerk